EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José R. López de Victoria Brás | 2005 TSPR 140 <br><br> 165 DPR \_\_\_\_ |

Número del Caso: TS-2787

Fecha: 28 de septiembre de 2005

Abogado del Peticionario:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALA ESPECIAL

ORDEN

San Juan, Puerto Rico, a 28 de septiembre de 2005.

Debido a la no intervención de los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez, se constituye una Sala Especial integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez, para entender en el caso TS-2787, In re: José R. López de Victoria Brás.

Lo decretó y firma.

Federico Hernández Denton
Juez Presidente

CERTIFICO:

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José R. López de Victoria Brás                    TS-2787

Sala Especial integrada por el Juez Presidente señor Hernández Denton, y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 28 de septiembre de 2005.

Examinada la "Moción solicitando reinstalación a la abogacía", presentada por el Sr. José R. López de Victoria Brás, se autoriza la reinstalación inmediata de éste al ejercicio de la abogacía. Se apercibe al señor López de Victoria Brás que de volver a incurrir, en el futuro, en una conducta similar a la que mereció su suspensión, conllevará medidas disciplinarias más severas.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo